United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrew P. Gaeta  
Danielle Gaeta  
    Debtors

Case No. 17-15475-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi        Page 1 of 1        Date Rcvd: Nov 29, 2018  
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2018.  
db/jdb        +Andrew P. Gaeta,    Danielle Gaeta,    12478 Balston Road,    Philadelphia, PA 19154-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2018                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2018 at the address(es) listed below:  
        PAUL H. YOUNG    on behalf of Joint Debtor Danielle  Gaeta support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
        PAUL H. YOUNG    on behalf of Debtor Andrew P. Gaeta support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com  
                                                                                                     TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Danielle Gaeta<br>Andrew P. Gaeta<br>              Debtors | CHAPTER 13 |
| DITECH FINANCIAL LLC<br>              Movant<br>vs. | NO. 17-15475 JKF |
| Danielle Gaeta<br>Andrew P. Gaeta<br>              Debtors | 11 U.S.C. Section 362 |
| William C. Miller, Esquire<br>              Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtors' residence is **$4,516.86,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | July 2018 to August 2018 at $1,153.38/month<br>September 1, 2018 to October 1, 2018 at $1,157.34/month |
| Suspense Balance: | $104.58 |
| **Total Post-Petition Arrears** | **$4,516.86** |

2. The Debtors shall cure said arrearages in the following manner;

a). Beginning on November 1, 2018 and continuing through April 1, 2018, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,157.34** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$752.81** towards the arrearages on or before the last day of each month at the address below;

                **Ditech Financial LLC**
                P.O. Box 94710
                Palantine, IL 60094-4710

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   October 16, 2018

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 11/27/18

Paul H. Young, Esquire
Attorney for Debtors

Date:   November 28, 2018

/s/ Polly A. Langdon, Esq., for
William C. Miller, Esquire
Chapter 13 Trustee

Approved by the Court this  29th  day of  November            , 2018. However, the court retains discretion regarding entry of any further order.

                                                                          _____
                                                                          Bankruptcy Judge
                                                                          Jean K. Fitzsimon