United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Andrew P. Gaeta
Danielle Gaeta
    Debtors

Case No. 17-15475-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 1     Date Rcvd: Mar 12, 2020
                             Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13995326        E-mail/Text: bankruptcy.bnc@ditech.com Mar 13 2020 03:11:28      Ditech Financial LLC,
        PO Box 6154,    Rapid City, SD 57709-6154
                                                                                                                                                                                                                         TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
         HAROLD N. KAPLAN    on behalf of Creditor    DITECH FINANCIAL LLC hkaplan@rasnj.com
         PAUL H. YOUNG    on behalf of Joint Debtor Danielle  Gaeta support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
         PAUL H. YOUNG    on behalf of Debtor Andrew P. Gaeta support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
         REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                              TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-15475-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Andrew P. Gaeta<br>12478 Balston Road<br>Philadelphia PA 19154 | Danielle Gaeta<br>12478 Balston Road<br>Philadelphia PA 19154 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/11/2020.

Name and Address of Alleged Transferor(s):

Claim No. 3: Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/14/20

Tim McGrath
**CLERK OF THE COURT**