| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-15475-AMC

ANDREW P GAETA
DANIELLE GAETA
12478 BALSTON ROAD
PHILADELPHIA PA   19154

Petition Filed Date: 08/10/2017
341 Hearing Date: 11/03/2017
Confirmation Date: 03/28/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2019 | $150.00 | | 02/21/2019 | $150.00 | | 03/07/2019 | $150.00 | |
| 04/05/2019 | $150.00 | | 05/03/2019 | $150.00 | | 06/14/2019 | $150.00 | |
| 07/11/2019 | $150.00 | | 09/03/2019 | $150.00 | Monthly Plan P | 09/16/2019 | $150.00 | Monthly Plan P |
| 10/23/2019 | $150.00 | | 11/22/2019 | $150.00 | | 01/22/2020 | $150.00 | |
| 02/27/2020 | $300.00 | | 03/23/2020 | $150.00 | | 04/16/2020 | $150.00 | |
| 05/21/2020 | $150.00 | | 06/16/2020 | $150.00 | | 07/20/2020 | $150.00 | |

**Total Receipts for the Period: $2,850.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | ACAR LEASING LTE  DBA<br>»» 001 | Unsecured Creditors | $7,990.80 | $0.00 | $7,990.80 |
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 011 | Unsecured Creditors | $1,193.55 | $0.00 | $1,193.55 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $406.94 | $0.00 | $406.94 |
| 22 | QUANTUM3 GROUP LLC as agent for<br>»» 022 | Unsecured Creditors | $300.18 | $0.00 | $300.18 |
| 3 | NEWREZ LLC  D/B/A<br>»» 003 | Mortgage Arrears | $5,760.78 | $2,425.06 | $3,335.72 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 012 | Unsecured Creditors | $269.18 | $0.00 | $269.18 |
| 14 | EMERGENCY CARE/PHYSICIAN ASSOC OF PA PC<br>»» 014 | Unsecured Creditors | $945.00 | $0.00 | $945.00 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $852.88 | $0.00 | $852.88 |
| 15 | MOMA FUNDING LLC<br>»» 015 | Unsecured Creditors | $357.93 | $0.00 | $357.93 |
| 16 | MOMA FUNDING LLC<br>»» 016 | Unsecured Creditors | $1,159.40 | $0.00 | $1,159.40 |
| 17 | MOMA FUNDING LLC<br>»» 017 | Unsecured Creditors | $660.62 | $0.00 | $660.62 |
| 18 | MOMA FUNDING LLC<br>»» 018 | Unsecured Creditors | $1,458.48 | $0.00 | $1,458.48 |
| 20 | MOMA FUNDING LLC<br>»» 020 | Unsecured Creditors | $1,808.91 | $0.00 | $1,808.91 |

Chapter 13 Case No. 17-15475-AMC

| | | | | | |
|---|---|---|---|---|---|
| 2 | PHILADELPHIA GAS WORKS<br>»» 002 | Unsecured Creditors | $464.92 | $0.00 | $464.92 |
| 19 | CITY OF PHILADELPHIA (LD)<br>»» 019 | Secured Creditors | $78.12 | $32.89 | $45.23 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $1,147.91 | $0.00 | $1,147.91 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $3,643.04 | $0.00 | $3,643.04 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $2,264.86 | $0.00 | $2,264.86 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $2,557.03 | $0.00 | $2,557.03 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $1,277.57 | $0.00 | $1,277.57 |
| 21 | TD BANK USA NA<br>»» 021 | Unsecured Creditors | $1,254.66 | $0.00 | $1,254.66 |
| 10 | TD RETAIL CREDIT SERVICES<br>»» 010 | Unsecured Creditors | $1,796.21 | $0.00 | $1,796.21 |
| 24 | USAA FEDERAL SAVINGS BANK<br>»» 024 | Unsecured Creditors | $5,713.34 | $0.00 | $5,713.34 |
| 23 | US DEPARTMENT OF EDUCATION<br>»» 023 | Unsecured Creditors | $5,122.31 | $0.00 | $5,122.31 |
| 25 | YOUNG MARR & ASSOCIATES<br>»» 025 | Attorney Fees | $2,200.00 | $2,200.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,250.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $4,657.95 | Arrearages: | $150.00 |
| Paid to Trustee: | $457.05 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $135.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.