United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15475-amc |
| Andrew P. Gaeta | Chapter 13 |
| Danielle Gaeta | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 01, 2022 | Form ID: 138OBJ | Total Noticed: 69 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew P. Gaeta, Danielle Gaeta, 12478 Balston Road, Philadelphia, PA 19154-1908 |
| 13966394 | + | Ditech, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 13966393 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 13995326 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14196265 | + | Ditech Financial LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14043038 | | Emergency Care Services of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 13987048 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14046897 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, P O BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 01 2022 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 01 2022 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13977722 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 01 2022 23:59:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 13966372 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 01 2022 23:59:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 13966371 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 01 2022 23:59:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 13966374 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 01 2022 23:59:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 13966373 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 01 2022 23:59:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13966376 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 01 2022 23:59:00 | Berks Credit & Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 13966375 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 01 2022 23:59:00 | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 13966378 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2022 00:03:51 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14043768 | | Email/Text: megan.harper@phila.gov | Aug 01 2022 23:59:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy |

Case 17-15475-amc    Doc 64    Filed 08/03/22    Entered 08/04/22 00:34:05    Desc Imaged
Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 01, 2022 | Form ID: 138OBJ | Total Noticed: 69 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13966377 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2022 00:04:02 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13997918 | | Email/PDF: bncnotices@becket-lee.com | Aug 02 2022 00:04:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13966380 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 00:03:53 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13966379 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 00:04:03 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13966381 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 00:03:53 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 13966382 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 00:03:59 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13966384 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 00:03:59 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13966383 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 00:03:53 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 13966386 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 00:03:53 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13966385 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 00:04:03 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13966388 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 01 2022 23:59:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 13966387 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 01 2022 23:59:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13966390 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 01 2022 23:59:00 | Comenitycapital/idlimg, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13966389 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 01 2022 23:59:00 | Comenitycapital/idlimg, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13966392 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 02 2022 00:03:53 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 13966391 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 02 2022 00:03:58 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 13966418 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 00:04:04 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 13966419 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 00:14:13 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14039835 | | Email/Text: bnc-quantum@quantum3group.com | Aug 01 2022 23:59:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13966396 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 01 2022 23:59:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 13966395 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 01 2022 23:59:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14042662 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2022 00:03:53 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14481742 | | Email/Text: mtgbk@shellpointmtg.com | Aug 01 2022 23:59:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC |

Case 17-15475-amc   Doc 64   Filed 08/03/22   Entered 08/04/22 00:34:05   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 01, 2022 | Form ID: 138OBJ | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| 13996308 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | 29603-0826 |
| | | | Aug 02 2022 00:03:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13966760 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 02 2022 00:03:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14043262 | | Email/Text: bnc-quantum@quantum3group.com | Aug 01 2022 23:59:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14045779 | | Email/Text: bnc-quantum@quantum3group.com | Aug 01 2022 23:59:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13966397 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 00:03:59 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13966398 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 00:03:52 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 13966399 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 00:03:52 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13966400 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 00:03:58 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 13966401 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 00:04:02 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13966402 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 00:04:02 | Synchrony Bank/Care Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 13966404 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 00:03:53 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 13966403 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 00:03:52 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13966405 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 00:03:52 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13966406 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 00:03:52 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14044782 | + | Email/Text: bncmail@w-legal.com | Aug 01 2022 23:59:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13966410 | | Email/Text: bankruptcy@td.com | Aug 01 2022 23:59:00 | TD Bank, N.A., 32 Chestnut Street, Lewiston, ME 04240 |
| 13966409 | | Email/Text: bankruptcy@td.com | Aug 01 2022 23:59:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 14003632 | + | Email/Text: tdebn@credbankserv.com | Aug 01 2022 23:59:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 13966408 | + | Email/Text: bncmail@w-legal.com | Aug 01 2022 23:59:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 13966407 | + | Email/Text: bncmail@w-legal.com | Aug 01 2022 23:59:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14050034 | + | Email/Text: RASEBN@raslg.com | Aug 01 2022 23:59:00 | USAA Savings Bank, c/o Robertson,Anschutz,Schneid,, Crane & Partners PLLC, 10700 Abbott's Bridge Rd., Ste. 170, Duluth, GA 30097-8461 |
| 13966414 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Aug 01 2022 23:59:00 | Us Dept Of Ed/Great Lakes Higher Educati, Po Box 7860, Madison, WI 53707-7860 |
| 13966413 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Aug 01 2022 23:59:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 13966415 | | Email/Text: bkelectronicnotices@usaa.com | | |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | | User: admin | Page 4 of 5 |
| Date Rcvd: Aug 01, 2022 | | Form ID: 138OBJ | Total Noticed: 69 |

| | | | |
|---|---|---|---|
| | | Aug 01 2022 23:59:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 13966417 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 01 2022 23:59:00 | | Verizon, Po Box 650051, Dallas, TX 75265-0051 |
| 13966416 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 01 2022 23:59:00 | | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14021816 | + Email/PDF: ebn_ais@aisinfo.com Aug 02 2022 00:03:58 | | Verizon by American Infosource LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 61

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13966411 | ##+ | TD Retail Card Services, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 13966412 | ##+ | TD Retail Card Services, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| HAROLD N. KAPLAN | on behalf of Creditor DITECH FINANCIAL LLC hkaplan@rasnj.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Danielle Gaeta support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Andrew P. Gaeta support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Aug 01, 2022 | Form ID: 138OBJ | Total Noticed: 69 |

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Andrew P. Gaeta and Danielle Gaeta
      Debtor(s)                    Case No: 17−15475−amc

                                        Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                      900 Market Street
                        Suite 400
                 Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/1/22

63 − 56
Form 138OBJ