| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-15475-AMC

ANDREW P GAETA
DANIELLE GAETA
12478 BALSTON ROAD
PHILADELPHIA  PA    19154

Petition Filed Date: 08/10/2017
341 Hearing Date: 11/03/2017
Confirmation Date: 03/28/2018

Case Status: Completed on 7/14/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/24/2021 | $150.00 | | 06/22/2021 | $150.00 | | 08/30/2021 | $300.00 | |
| 08/31/2021 | $450.00 | | 09/16/2021 | $150.00 | | 10/18/2021 | $150.00 | |
| 12/20/2021 | $150.00 | | 01/13/2022 | $150.00 | | 02/10/2022 | $150.00 | |
| 03/10/2022 | $150.00 | | 04/14/2022 | $150.00 | | 05/12/2022 | $150.00 | |
| 05/24/2022 | $150.00 | | 06/09/2022 | $150.00 | | 07/14/2022 | $150.00 | |

Total Receipts for the Period:  $2,700.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,000.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | ACAR LEASING LTE DBA<br>»» 001 | Unsecured Creditors | $7,990.80 | $34.87 | $7,955.93 |
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 011 | Unsecured Creditors | $1,193.55 | $5.20 | $1,188.35 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $406.94 | $1.78 | $405.16 |
| 22 | QUANTUM3 GROUP LLC as agent for<br>»» 022 | Unsecured Creditors | $300.18 | $1.31 | $298.87 |
| 3 | NEWREZ LLC D/B/A<br>»» 003 | Mortgage Arrears | $5,760.78 | $5,760.78 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 012 | Unsecured Creditors | $269.18 | $1.17 | $268.01 |
| 14 | EMERGENCY CARE/PHYSICIAN ASSOC OF PA PC<br>»» 014 | Unsecured Creditors | $945.00 | $4.12 | $940.88 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $852.88 | $3.72 | $849.16 |
| 15 | MOMA FUNDING LLC<br>»» 015 | Unsecured Creditors | $357.93 | $1.56 | $356.37 |
| 16 | MOMA FUNDING LLC<br>»» 016 | Unsecured Creditors | $1,159.40 | $5.06 | $1,154.34 |
| 17 | MOMA FUNDING LLC<br>»» 017 | Unsecured Creditors | $660.62 | $2.88 | $657.74 |
| 18 | MOMA FUNDING LLC<br>»» 018 | Unsecured Creditors | $1,458.48 | $6.36 | $1,452.12 |
| 20 | MOMA FUNDING LLC<br>»» 020 | Unsecured Creditors | $1,808.91 | $7.90 | $1,801.01 |
| 2 | PHILADELPHIA GAS WORKS<br>»» 002 | Unsecured Creditors | $464.92 | $2.02 | $462.90 |

**Chapter 13 Case No. 17-15475-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 19 | CITY OF PHILADELPHIA (LD) »» 019 | Secured Creditors | $78.12 | $78.12 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $1,147.91 | $5.01 | $1,142.90 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $3,643.04 | $15.89 | $3,627.15 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $2,264.86 | $9.88 | $2,254.98 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $2,557.03 | $11.16 | $2,545.87 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $1,277.57 | $5.58 | $1,271.99 |
| 21 | TD BANK USA NA »» 021 | Unsecured Creditors | $1,254.66 | $5.47 | $1,249.19 |
| 10 | TD RETAIL CREDIT SERVICES »» 010 | Unsecured Creditors | $1,796.21 | $7.83 | $1,788.38 |
| 24 | USAA FEDERAL SAVINGS BANK »» 024 | Unsecured Creditors | $5,713.34 | $24.93 | $5,688.41 |
| 23 | US DEPARTMENT OF EDUCATION »» 023 | Unsecured Creditors | $5,122.31 | $22.35 | $5,099.96 |
| 25 | YOUNG MARR & ASSOCIATES »» 025 | Attorney Fees | $2,200.00 | $2,200.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,000.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $8,224.95 | Arrearages: | $0.00 |
| Paid to Trustee: | $775.05 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.